# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
**SEALED**

**UNITED STATES OF AMERICA**

v.                                           **SENTENCING MINUTES**

**ANTONIO ALDEMAR AVILA-ACEVEDO**            Case No. 1:18CR74-001

---

HONORABLE LIAM O'GRADY presiding            Time Called: 1:05 p.m.
Proceeding Held: July 24, 2019              Time Concluded: 1:58 p.m.
Deputy Clerk: Amanda                         Court Reporter: N. Linnell

**Appearances:**

UNITED STATES OF AMERICA by:        Katherine Rumbaugh
ANTONIO AVILA-ACEVEDO in person and by:    David Zapp

INTERPRETER: Maria Horvath          ☐ Interpreter Sworn

---

☐ The parties have no objections to the factual statements in the PSR
☒ The parties have no objections to the application of the guidelines in the PSR

☒ Objections/corrections to factual statements in PSR by ☐ Plaintiff ☒ Defendant
☐ Objections/corrections to application of guidelines by ☐ Plaintiff ☐ Defendant

---

☒ The government presents sentencing argument: Recommends the low end of the guidelines.
☒ The defendant presents sentencing argument: Request the mandatory minimum sentence.
☒ Defendant exercises right of allocution.
☒ The court imposes sentence.
☐ The government dismisses count(s) _____.
☐ Defendant advised of appeal rights.

---

**SENTENCING GUIDELINES:**
Offense Level: 39
Criminal History: I
Imprisonment Range: 262 – 327 months (10-year mandatory minimum)
Supervised Release Range: 5 years - Life
Fine Range: $50,000.00 - $10,000,000.00
Restitution: NA
SA: $100.00

- Wording in paragraph 40 of the PSR changed per request from Mr. Zapp.

**SENTENCE IMPOSED:**

**Imprisonment:**   144   Months as to Count(s)   One   of the Indictment.
                           Months as to Count(s) _____ of the _____.

    TOTAL TERM OF IMPRISONMENT IMPOSED: 144 months with credit for time served since arrest in Colombia on April 26, 2018.

**Probation:**  _____ Years as to Count(s) _____ of the _____.

**Supervised Release:**   Five   Years as to Count(s)   One   of the Indictment.
                                 Years as to Count(s) _____ of the _____.

**MONETARY PENALTIES**

**Special Assessment:**   $ 100.00   due immediately

**Fine:**   $ _____   ☒ fine waived

**Restitution:**   $ NA   ☐ determination deferred

**JOINT AND SEVERAL PAYMENTS**

☐ Fine and/or ☐ Restitution is **joint and several** with _____.
☐ Repayment of Buy Money is **joint and several** with _____.

**FORFEITURE**

☒ All property forfeited upon conviction or by order of the court shall be included in the criminal judgment.

**RECOMMENDATIONS**

☒ The court recommends the defendant's placement at FCI Coleman
☐ The court recommends the defendant's participation in the Bureau of Prisons' 500-hour drug treatment program.
☐ Other: _____.

**CUSTODY**

☒ The defendant is remanded to the custody of the U.S. Marshal Service.
☐ The defendant is to voluntarily surrender at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Office; ☐ on or after _____.

# CONDITIONS OF SUPERVISED RELEASE/PROBATION

**Special Conditions**

- ☐ Drug Testing – Special Condition
- ☐ Drug Testing – Standard Condition
- ☐ Drug Testing – Waived
- ☐ Monthly Restitution Payment: $ _____
- ☐ Monthly Fine Payment: $ _____
- ☐ Repay Buy Money – Total: $ _____.
- ☐ Repay Buy Money:  $ _____/month
- ☐ No New Lines of Credit
- ☐ Financial Disclosure
- ☐ Submit to search by USPO
- ☐ No tavern employment or patronization
- ☐ No employment with fiduciary responsibilities
- ☐ No gambling
- ☐ No transfer of assets in excess of $500.00
- ☐ No possession/use of computer – on-line access
- ☐ No possession/use of data encryption/erasure
- ☐ Provide computer passwords and logons
- ☐ Consent to computer searches
- ☐

- ☐ Home Confinement for _____ days
- ☐ Home Confinement with Alcohol Testing for _____ days
- ☐ Community Correctional Center: _____ days
- ☐ Residential Re-Entry Center: _____ days
- ☒ Cooperate with Bureau of Immigration/Customs
- ☐ Cooperate with IRS
- ☐ Cooperate with Child Support
- ☐ Participate in mental health treatment program
- ☐ Participate in sex offender assessment/treatment
- ☐ Waive confidentiality – sex offender treatment
- ☐ No sexually-explicit materials w/minors
- ☐ No possession/viewing of pornography or erotica
- ☐ Obtain GED or HSED
- ☐ No contact – unrelated children under 18
- ☐ No contact with victim(s)
- ☐ No contact with gang members
- ☐ Perform community service: _____ hours
- ☐